# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, SAP AG, and SAP AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | **Consolidated Cases:** <br><br> Civil Action No. 11-cv-02365-RJH <br> Civil Action No. 11-cv-02648-RJH <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Erik Paul Belt, hereby move this court for an Order for admission to practice *pro hac vice* to appear as counsel for Datatern, Inc. in the above-captioned action.

I am in good standing of the bar of the state of Massachusetts, as well as the U.S. District Court in the District of Massachusetts, the First Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Federal Circuit Court and the United States Supreme Court. There are no pending disciplinary proceedings against me in any state or federal courts.

Respectfully submitted,

Erik Paul Belt, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6506
ebelt@mccarter.com

August 5, 2011

ME1 12096761v.1

# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, <br> SAP AG, and SAP AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | **Consolidated Cases:** <br><br> Civil Action No. 11-cv-02365-RJH <br> Civil Action No. 11-cv-02648-RJH <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of Erik Paul Belt for admission to practice pro hac vice in the above captioned action is granted.

The applicant has declared that he is a member in good standing of the bar of the state of Massachusetts as well as the U.S. District Court in the District of Massachusetts, the First Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Federal Circuit Court and the United States Supreme Court and that his contact information is as follows:

Erik Paul Belt, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6506
ebelt@mccarter.com

The applicant has requested admission pro hac vice to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

**IT IS HEREBY ORDERED** that Eric Paul Belt is admitted to practice pro hac vice in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>


August ___, 2011                                              _____
                                                                        United States District Judge

# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, SAP AG, and SAP AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | **Consolidated Cases:** <br><br> Civil Action No. 11-cv-02365-RJH <br> Civil Action No. 11-cv-02648-RJH <br><br> **DECLARATION OF ERIK PAUL BELT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Erik Paul Belt, declare under the penalty of perjury as follows:

1. I am an attorney with McCarter & English, LLP, counsel for Datatern, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion for admission pro hac vice as counsel to represent Datatern, Inc. in above captioned consolidated matters.

2. I am a member in good standing of the bar of the State of Massachusetts and was admitted to practice law on December 17, 1991. I am also admitted to the United States District Court in the District of Massachusetts, the First Circuit Court of Appeals, the Ninth Circuit Court of Appeals, Federal Circuit Court and the United States Supreme Court. I am in good standing with all of these courts and there are no disciplinary proceedings pending against me.

3. Pursuant to Local Civil Rule 1.3(c), I have attached a certificate of good standing for the bar of the Commonwealth of Massachusetts as Exhibit A hereto.

4. I am experienced in federal practice and familiar with the Federal Rules of Civil Procedure and the rules of this Court.

5.   I respectfully submit the motion for admission pro hac vice and the proposed order granting my admission, pro hac vice, which is attached to the motion as Exhibit 1.

WHEREFORE, it is respectfully requested that the motion to admit Erik Paul Belt, pro hac vice, to represent Datatern, Inc. in the above-captioned matter, be granted.

_____
Erik Paul Belt

August 5, 2011

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1991**, said Court being the highest Court of Record in said Commonwealth:

### Erik Paul Belt

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **July** in the year of our Lord **two thousand and eleven**.

*[signature]*
MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the above Motion for Admission Pro Hac Vice and Declaration in Support of Motion for Admission Pro Hac Vice was served on this 5th day of August, 2011 upon counsel of record for Microsoft Corp., SAP AG and SAP America, Inc. via first class mail.

_____
Mabel Torres

ME1 12096761v.1