UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICROSOFT CORPORATION,                           11 Civ. 02365 (RJH)

            Plaintiff,

        - against -

DATATERN, INC.,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAP AG and SAP America, Inc.,                     11 Civ. 02648 (RJH)

            Plaintiff,

        - against -                                    **ORDER**

DATATERN, INC.,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8/15/11

     Upon motion **[40]** of defendant Datatern, Inc., pursuant to Rule 1.3(c) of the
Local Civil Rules of this Court, it is hereby ordered that Erik Paul Belt is admitted *pro
hac vice* for the purposes of the above-captioned case in the United States District Court
for the Southern District of New York.  All attorneys appearing before this Court are
subject to the Local Rules of this Court, including the Rules governing discipline of
attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel
shall immediately apply for an ECF password at http://nysd.uscourts.gov.  If counsel has
not already forwarded the *pro hac vice* fee to the Clerk of the Court, he is directed to do
so upon receipt of this Order.

SO ORDERED.

Dated: New York, New York
      August __, 2011

                                      Richard J. Holwell
                                 United States District Judge