IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC., <br><br>                              Plaintiffs,<br><br>  v.<br><br>DATATERN, INC.<br><br>                              Defendant. | **Consolidated Cases:**<br><br>Civil Case No.: 11-cv-2365 RJH<br>Civil Case No.: 11-cv-2648 RJH<br><br>**MOTION TO WITHDRAW** |

**MOTION TO WITHDRAW AS COUNSEL**
**OF RECORD FOR DEFENDANT DATATERN, INC.**

Pursuant to Local Civil Rule 1.4, Timothy J. Haller, Gregory P. Casimer and Gabriel I. Opatken of Niro, Haller & Niro request that they be permitted to withdraw as counsel of record for Defendant DataTern, Inc. ("DataTern) in this matter. This motion is not opposed by DataTern, who will continue to be represented by Lee Bromberg, and Erik Belt of McCarter & English, LLP. Since Mr. Bromberg and Mr. Belt have been serving as lead counsel for DataTern, no change to the case schedule is requested. For the satisfactory reasons shown herein, leave to withdraw is respectfully requested.

| | |
|---|---|
| Lee Carl Bromberg<br>(lbromberg@mccarter.com)<br>MCCARTER & ENGLISH, LLP<br>265 Franklin Street<br>Boston, MA 02110<br><br>and<br><br>245 Park Avenue<br>New York, NY 10167<br>(212) 609-6800<br><br>*Attorneys for Defendant, DataTern, Inc.* | */s/ Gregory P. Casimer*<br>Timothy J. Haller<br>(haller@nshn.com)<br>Gregory P. Casimer<br>(casimer@nshn.com)<br>Gabriel I Opatken<br>(gopatken@nshn.com)<br>NIRO, HALLER & NIRO<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois  60602<br>Telephone:  (312) 236-0733<br>Fax: (312) 236-3137<br><br>*(Of Counsel for Defendant, DataTern, Inc.)*<br><br>And |

- 2 -

        William A. Zucker
        (wzucker@mccarter.com)
        Erik Paul Belt
        (ebelt@mccarter.com)
        MCCARTER & ENGLISH, LLP
        265 Franklin Street
        Boston, MA 02110
        ***(Of Counsel for Defendant, DataTern, Inc.)***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on August 19, 2011. As such, this document was served on all counsel who have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or e-mail transmission on this same date.

| | |
|---|---|
| Dale M. Heist<br>(heist@woodcock.com)<br>Steven J. Rocci<br>(rocci@woodcock.com)<br>Daniel J. Goettle<br>(dgoettle@woodcock.com)<br>Aleksander J. Goranin<br>(agoranin@woodcock.com)<br>Justine M. Leach<br>(jleach@woodcock.com)<br>Charlie C. Lyu<br>(clyu@woodcock.com)<br>WOODCOCK WASHBURN LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104-2891<br>Telephone: (215) 568-3100<br>Fax: (215) 568-3439<br>***Attorneys for Microsoft Corporation and SAP AG and SAP America, Inc.*** | Matthew Taylor<br>(mataylor@duanemorris.com)<br> John Dellaportas<br>(dellajo@duanemorris.com)<br>Evan Michailidis<br>(emichailidis@duanemorris.com)<br>DUANE MORRIS LLP<br>1540 Broadway<br>New York, NY 10036-4086<br>Telephone: (212) 692-1000<br>Fax: (212) 692-1020<br><br>***Attorneys for SAP AG and SAP America, Inc.*** |

Danielle L. Rose
(danielle.rose@kobrekim.com)
Michael S. Kim
(michael.kim@kobrekim.com)
Carrie A. Tendler
(carrie.tendler@kobrekim.com)
KOBRE & KIM  LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Fax: (212) 488-1220
***Attorneys for Microsoft Corporation***

                */s/ Gregory P. Casimer*
                Attorneys for Defendant DataTern, Inc.
                NIRO, HALLER & NIRO