UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

MICROSOFT CORPORATION,                    11 Civ. 02365 (RJH)

        Plaintiff,

    - against -

DATATERN, INC.,

        Defendant.
------------------------------x

SAP AG and SAP AMERICA, INC.,             11 Civ. 02648 (RJH)

        Plaintiffs,

    - against -                             **ORDER**

DATATERN, INC.,

        Defendant.
------------------------------x

    The motion of Timothy J Haller, Gregory P. Casimer, and Gabriel I. Opatken, of Niro Haller & Niro, to withdraw as counsel for defendant Datatern, Inc. in the above-captioned actions ([49] in **11 Civ. 2365**; [32] in **11 Civ. 2648**) is granted. Datatern will hereafter appear through their counsel Lee Carl Bromberg, William A. Zucker, and Erik Paul Belt, of McCarter & English, LLP.

    SO ORDERED

Dated: New York, New York
~~August~~ Sept 6 ___, 2011

_____
Richard J. Holwell
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/11