**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X
IN THE MATTER OF REASSIGNMENT

                                          NOTICE OF REASSIGNMENT

          OF

CASES FROM HON. RICHARD J. HOLWELL

-------------------------------------------------X

      The cases on the attached list are reassigned to the calendar of:

              HON. KATHERINE B. FORREST

      The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: February 9, 2012

                                Ruby J. Krajick, CLERK

                                Shante Jones
              By: _____
                                Deputy Clerk

cc: Attorneys of Record

**Judge Holwell to Judge Forrest**

**08cv6152**

**09cv4206**

**09cv5471**

**09cv6557**

**10cv6537**

**09cv7594**

**10cv194**

**10cv3753**

**10cv5878**

**10cv6563**

**10cv1593**

**11cv7433**

**10cv8166**

**10cv8976**

**11cv325**

**11cv681**

**11cv1069**

**11cv2237**

**11cv2365**

**11cv2388**

**11cv2648**

**11cv3203**

**11cv3731**

**11cv4759**