IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>Defendant. | |
| SAP AG AND SAP AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>Defendant. | Civil Action No. 1:11-cv-02365-RJH<br>Civil Action No. 1:11-cv-02648-RJH<br><br>ECF Case<br><br>[PROPOSED] ORDER |

RECEIVED FEB -1 2012 CHAMBERS OF RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/12

WHEREAS, on July 19, 2011, the Court entered a scheduling order in the above-captioned matters (the "July 19 Scheduling Order");

WHEREAS, on September 30, 2011, Plaintiffs Microsoft Corporation ("Microsoft") and SAP AG and SAP America, Inc. (collectively, "SAP" and, with Microsoft, "Plaintiffs") and Defendant DataTern, Inc. ("DataTern" and, with Plaintiffs, the "Parties") exchanged terms for claim construction;

WHEREAS, on November 30, 2011, Plaintiffs and DataTern exchanged proposed constructions for claim terms;

WHEREAS, in an effort to reduce the number of claim terms requiring construction, the Parties have reached a compromise to (i) exchange invalidity and infringement contentions; and (ii) modify the schedule to permit such exchange and related scheduling adjustments; and

WHEREAS, accordingly, Microsoft and SAP, by and among the undersigned counsel, propose to modify the July 19 Scheduling Order as follows:

| | |
|---|---|
| DataTern's infringement contentions[1] | Mar. 16, 2012 |
| Microsoft's and SAP's invalidity contentions | Apr. 16, 2012 |
| Exchange claim construction terms/proposed constructions | Apr. 23, 2012 |
| Meet and confer re claim construction | Apr. 30, 2012 |
| Opening claim construction briefs[2] | May 31, 2012 |
| Expert claim construction depositions | Between May 31 and June 25, 2012 |
| Responsive claim construction briefs | June 25, 2012 |
| Reply claim construction briefs | July 25, 2012 |
| Claim construction hearing | To be determined by the Court |
| Close of fact discovery | July 30, 2012 |
| Exchange opening expert reports on the issue(s) on which the Party bears the burden | Aug. 30, 2012 |
| Exchange responsive expert reports | Sep. 21, 2012 |
| Close of expert discovery | Oct. 22, 2012 |
| Motions for summary judgment deadline | Nov. 21, 2012 |
| Trial | To be determined by the Court |

---

[1] The Parties have reached an agreement concerning DataTern's non-assertion of certain purported patent claims against users of Microsoft and SAP software; Plaintiffs proposed the following language—which they believe accurately memorializes that agreement—to DataTern for inclusion in this Order:

> Insofar as any of the 'Accused Products' (as defined in DataTern's July 1, 2011 counterclaims in this action) form a basis, in whole or in part, for any current or future patent infringement claim for relief by DataTern in any forum against customers and/or users of the Accused Products, DataTern will limit its infringement assertions against such customers and/or users to only those patent claims identified in its infringement contentions in this action.

DataTern has, however, objected to including such language in the proposed Scheduling Order and has instead stated that it will only discuss a side agreement with respect to this issue. As a result, DataTern has not stipulated to this proposed Order. Plaintiffs are not aware of any other DataTern objections to the content of this proposed Order.

[2] To the extent that a Party intends to present expert evidence/testimony in connection with a claim construction issue and/or at the claim construction hearing, that Party will submit either an expert declaration or an expert report with its opening claim construction brief.

DATED:   January 31, 2012

Steven J. Rocci
(rocci@woodcock.com)
Dale M. Heist
(heist@woodcock.com)
Daniel J. Goettle
(dgoettle@woodcock.com)
Aleksander J. Goranin
(agoranin@woodcock.com)

WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: +1 215 568 3100
Fax: +1 215 568 3439

*Attorneys for Plaintiff Microsoft Corp.*

By: *Danielle L. Rose* /MJC.

Danielle L. Rose
(danielle.rose@kobrekim.com)
Michael S. Kim
(michael.kim@kobrekim.com)
Megha J. Charalambides
(megha.charalambides@kobrekim.com)

KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220

*Attorneys for Plaintiff Microsoft Corp.*


DATED:   January 31, 2012

Steven J. Rocci
(rocci@woodcock.com)
Dale M. Heist
(heist@woodcock.com)
Daniel J. Goettle
(dgoettle@woodcock.com)
Aleksander J. Goranin
(agoranin@woodcock.com)

WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: +1 215 568 3100
Fax: +1 215 568 3439

*Attorneys for Plaintiffs SAP AG and SAP America, Inc.*

By: *Evangelos Michailidis* /MJC.

John Dellaportas
(dellajo@duanemorris.com)
Evangelos Michailidis
(emichailidis@duanemorris.com)

DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel: +1 212 692 1000

*Attorneys for Plaintiffs SAP AG and SAP America, Inc.*

SO ORDERED this ⁷ day of ~~January~~ February, 2012

_____
HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE