UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICROSOFT CORPORATION,

           Plaintiff,

   -v-

DATATERN, INC.,

           Defendant.

------------------------------------------------------------X

SAP AG AND SAP AMERICA, INC.,

           Plaintiff,

   -v-

DATATERN, INC.

           Defendant.

------------------------------------------------------------X

11 Civ. 2365 (KBF)
11 Civ. 2648 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    This case has been reassigned to the undersigned for all purposes.

    IT IS HEREBY ORDERED that counsel for defendant shall submit courtesy copies of all papers filed in connection with its motion to stay or dismiss (Dkt No. 37) in accordance with Rule 2(C) of this Court's Individual Practices in Civil Cases, no later than **February 16, 2012**.

SO ORDERED:

Dated: New York, New York
       February 14, 2012

                                            KATHERINE B. FORREST
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 14 2012