USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 14 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICROSOFT CORPORATION,

Plaintiff,

-v-

DATATERN, INC.,

Defendant.

---

SAP AG AND SAP AMERICA, INC.,

Plaintiff,

-v-

DATATERN, INC.

Defendant.

---

11 Civ. 2365 (KBF)
11 Civ. 2648 (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

This case has been reassigned to the undersigned for all purposes. Accordingly, it is hereby

ORDERED that the Scheduling Order (Dkt. No. 56) is VACATED.

IT IS FURTHER ORDERED that the following schedule shall govern this action:

| | |
|---|---|
| DataTern's infringement contentions | March 16, 2012 |
| Microsoft's and SAP's invalidity contentions | April 16, 2012 |
| Exchange claim construction terms/proposed constructions | April 23, 2012 |

| | |
|---|---|
| Meet and confer re claim construction | April 30, 2012 |
| Opening claim construction briefs[1] | May 9, 2012 |
| Expert claim construction depositions | Between May 9 and June 8, 2012 |
| Responsive claim construction briefs | June 8, 2012 |
| Reply claim construction briefs | July 10, 2012 |
| Claim construction hearing | July 20, 2012, at 2:00 p.m. |
| Close of fact discovery | July 18, 2012 |
| Exchange opening expert reports on the issue(s) on which the Party bears the burden | August 1, 2012 |
| Exchange responsive expert reports | August 23, 2012 |
| Close of expert discovery | September 14, 2012 |
| Motions for summary judgment deadline | November 21, 2012 |
| Opposition to motion for summary judgment | October 29, 2012 |
| Reply, if any, in support of motion for summary judgment | November 6, 2012 |
| Trial | December 10, 2012 |

SO ORDERED:

Dated: New York, New York
February 10, 2012

KATHERINE B. FORREST
United States District Judge

[1] To the extent that a Party intends to present expert evidence/testimony inconnection with a claim construction issue and/or at the claim construction hearing, that Party will submit either an expert report