IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　Plaintiff,<br>　　　　　v.<br><br>DATATERN, INC.,<br><br>　　　　Defendant. | Civil Action No. 11-cv-2365-KBF<br>Civil Action No. 11-cv-2648-KBF |
| SAP AG AND SAP AMERICA, INC.,<br><br>　　　　Plaintiffs,<br>　　　　　v.<br><br>DATATERN, INC.,<br><br>　　　　Defendant. | **PLAINTIFF'S NOTICE OF MOTION FOR AN ORDER REGARDING THE NON-ASSERTION OF CLAIMS BY DATATERN INC.**<br><br>**ECF Case** |

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law filed herewith, Plaintiffs Microsoft Corporation ("Microsoft") and SAP AG and SAP America, Inc. (together, "SAP" and, with Microsoft, the "Plaintiffs") will move this Court, before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order enforcing Defendant DataTern's prior agreements not to assert certain patent claims against customers and end-users of Microsoft and SAP software.

1

Dated: February 14, 2012
       New York, New York

Respectfully submitted,

By: /s/ Danielle L. Rose

| | |
|---|---|
| Steven J. Rocci<br>(rocci@woodcock.com)<br>Dale M. Heist<br>(heist@woodcock.com)<br>Daniel J. Goettle<br>(dgoettle@woodcock.com)<br>Aleksander J. Goranin<br>(agoranin@woodcock.com)<br><br>WOODCOCK WASHBURN LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: +1 215 568 3100<br>Fax: +1 215 568 3439<br><br>*Attorneys for Plaintiff Microsoft Corp.* | Danielle L. Rose<br>(danielle.rose@kobrekim.com)<br>Michael S. Kim<br>(michael.kim@kobrekim.com)<br>Megha Charalambides<br>(megha.charalambides@kobrekim.com)<br><br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY 10022<br>Tel: +1 212 488 1200<br>Fax: +1 212 488 1220<br><br>*Attorneys for Plaintiff Microsoft Corp.* |

By: /s/ Evangelos Michailidis

| | |
|---|---|
| Steven J. Rocci<br>(rocci@woodcock.com)<br>Dale M. Heist<br>(heist@woodcock.com)<br>Daniel J. Goettle<br>(dgoettle@woodcock.com)<br>Aleksander J. Goranin<br>(agoranin@woodcock.com)<br><br>WOODCOCK WASHBURN LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: +1 215 568 3100<br>Fax: +1 215 568 3439<br><br>*Attorneys for Plaintiffs SAP AG and SAP America, Inc.* | John Dellaportas<br>(dellajo@duanemorris.com)<br>Evangelos Michailidis<br>(emichailidis@duanemorris.com)<br><br>DUANE MORRIS LLP<br>1540 Broadway<br>New York, NY 10036<br>Tel: +1 212 692 1000<br><br>*Attorneys for Plaintiffs SAP AG and SAP America, Inc.* |