UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　Plaintiff,<br>　v.<br><br>DATATERN, INC.,<br><br>　　　　Defendant<br><br>SAP AG AND SAP AMERICA, INC.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DATATERN, INC.,<br><br>　　　　Defendant. | Civil Action No. 11-cv-2365-KBF<br>Civil Action No. 11-cv-2648-KBF<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for

Plaintiff Microsoft Corporation.  I certify that I am admitted to practice in this Court.

Dated:  February 16, 2012
New York, New York

　　　　　　　　　　　　　　　　By:　/s/ Megha Charalambides
　　　　　　　　　　　　　　　　　　　Megha J. Charalambides
　　　　　　　　　　　　　　　　　　　(megha.charalambides@kobrekim.com)

　　　　　　　　　　　　　　　　　　　KOBRE & KIM LLP

　　　　　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　Tel: +1 212 488 1200
　　　　　　　　　　　　　　　　　　　Fax: +1 212 488 1220

　　　　　　　　　　　　　　　　　　　*Attorney for Microsoft Corporation*