

# McCARTER & ENGLISH
ATTORNEYS AT LAW

March 16, 2012

HAND DELIVERY

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 6 2012
```

Re: **Microsoft Corporation v. DataTern, Inc.**
No. 11-cv-2365-KBF
**SAP AG and SAP America, Inc. v. DataTern, Inc.**
No. 11-cv-2648-KBF

Lee Carl Bromberg
Partner
T. 617.449.6538
F. 617.443.6161
lbromberg@mccarter.com

Dear Judge Forrest:

We are writing on behalf of the parties to request a joint extension of time for the parties to exchange and discuss infringement and invalidity contentions for the above-referenced matters. Specifically, DataTern, Inc. ("DataTern") requests leave to serve its infringement contentions on March 23, 2012, instead of today. In exchange, Plaintiffs will serve their invalidity contentions to DataTern on April 23, 2012, seven days later than the original deadline. The parties would then exchange claim construction terms on April 30, 2012 and they would meet and confer about the same two days later, on May 2, 2012.

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110-3113
T. 617.449.6500
F. 617.607.9200
www.mccarter.com

The remainder of this Court's schedule will remain intact. The parties agree that this minor extension will facilitate the claim construction process and assist in the timely resolution of this matter.

GRANTED.

Respectfully Submitted,

SO ORDERED:

*Lee Carl Bromberg* (signature)

K. B. F— (signature)
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

BOSTON

HARTFORD

NEW YORK

NEWARK

LCB/kal

PHILADELPHIA

cc: Counsel for Microsoft Corporation and for SAP AG
    and SAP America, Inc. (via electronic mail);
    William A. Zucker, Esq.

STAMFORD

WILMINGTON

ME1 13139249v.1