```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 6 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DATATERN, INC.,<br><br>　　　　　Defendant.<br>―――――――――――――――<br>SAP AG and SAP AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DATATERN, INC.,<br><br>　　　　　Defendant. | Case No. 1:11-cv-2365 KBF<br>Case No. 1:11-cv-2648 KBF ✓<br><br>(ECF CASE) |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Erich M. Falke, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

Erich M. Falke

Woodcock Washburn LLP

Cira Centre – 12th Floor

2929 Arch Street

Philadelphia, Pennsylvania 19104

(215) 568-3100 telephone/(215) 568-3439 facsimile

Applicant having requested admission Pro Hac Vice to appear for all purposes as

counsel for Microsoft Corporation, SAP AG and SAP America, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 3/26/12

_____
Katherine B. Forrest
United States District Judge

2