UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DATATERN, INC.,<br><br>    Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH<br>Civil Action No. 11-cv-02648-RJH<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William A. Zucker, hereby move this court for an Order for admission to practice *pro hac vice* to appear as counsel for Datatern, Inc. in the above-captioned action.

I am in good standing of the bar of the state of Massachusetts, as well as the U.S. District Court in the United States District Court in the District of Massachusetts, the United States District Court in the District of Rhode Island, the First Circuit Court of Appeals, the Second Circuit Court of Appeals and the United States Supreme Court. There are no pending disciplinary proceedings against me in any state or federal courts.

                 Respectfully submitted,

                 */s/ William A. Zucker*
                 William A. Zucker, Esq.
                 McCarter & English, LLP
                 265 Franklin Street
                 Boston, MA 02110
                 617-449-6516
                 wzucker@mccarter.com

April 19, 2012

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the above Motion was served on this 19th day of April, 2012 upon counsel of record for Microsoft Corp., SAP AG and SAP America, Inc. via first class mail.

/s/ William A. Zucker
William A. Zucker

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>DATATERN, INC.,<br><br>        Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH<br>Civil Action No. 11-cv-02648-RJH<br><br>**DECLARATION OF WILLIAM A. ZUCKER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, William A. Zucker, declare under the penalty of perjury as follows:

1. I am an attorney with McCarter & English, LLP, counsel for Datatern, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion for admission *pro hac vice* as counsel to represent Datatern, Inc. in above captioned consolidated matters.

2. I am a member in good standing of the bar of the State of Massachusetts and was admitted to practice law on December 20, 1972. I am also admitted to the United States District Court in the District of Massachusetts, the United States District Court in the District of Rhode Island, the First Circuit Court of Appeals, the Second Circuit Court of Appeals and the United States Supreme Court. I am in good standing with all of these courts and there are no disciplinary proceedings pending against me.

3. Pursuant to Local Civil Rule 1.3(c), I have attached a certificate of good standing for the bar of the Commonwealth of Massachusetts as Exhibit A hereto.

4. I am experienced in federal practice and familiar with the Federal Rules of Civil Procedure and the rules of this Court.

5. I respectfully submit the motion for admission *pro hac vice* and the proposed order granting my admission *pro hac vice*, which is attached to the motion as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit William A. Zucker, *pro hac vice*, to represent Datatern, Inc. in the above-captioned matter, be granted.

William A. Zucker

April 19, 2012



# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1972**, said Court being the highest Court of Record in said Commonwealth:

### William A. Zucker

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **April** in the year of our Lord **two thousand and twelve**.



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# B

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, <br> SAP AG, and SAP AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | **Consolidated Cases:** <br><br> Civil Action No. 11-cv-02365-RJH <br> Civil Action No. 11-cv-02648-RJH <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of William A. Zucker for admission to practice *pro hac vice* in the above captioned action is granted.

The applicant has declared that he is a member in good standing of the bar of the state of Massachusetts as well as the United States District Court in the District of Massachusetts, the United States District Court in the District of Rhode Island, the First Circuit Court of Appeals, the Second Circuit Court of Appeals and the United States Supreme Court and that his contact information is as follows:

William A. Zucker, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6516
wzucker@mccarter.com

The applicant has requested admission *pro hac vice* to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

**IT IS HEREBY ORDERED** that William A. Zucker is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

April ___, 2012

_____
United States District Judge