UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>DATATERN, INC.,<br><br>      Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH<br>Civil Action No. 11-cv-02648-RJH<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kara A. Lynch, hereby move this court for an Order for admission to practice *pro hac vice* to appear as counsel for Datatern, Inc. in the above-captioned action.

I am a member of good standing of the bars in the states of Massachusetts and Maine, as well as the United States District Court in the District of Massachusetts and the First Circuit Court of Appeals. There are no pending disciplinary proceedings against me in any state or federal courts.

Respectfully submitted,

Kara A. Lynch, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6532
klynch@mccarter.com

April 25, 2012

ME1 13339023v.1

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the above Motion was served on this 26th day of April, 2012 upon counsel of record for Microsoft Corp., SAP AG and SAP America, Inc. via electronic and first class mail.

*/s/ Mabel Andrews*
Mabel Andrews

ME1 13339023v.1

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>DATATERN, INC.,<br><br>        Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH ✓<br>Civil Action No. 11-cv-02648-RJH<br><br>**DECLARATION OF KARA A. LYNCH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Kara A. Lynch, declare under the penalty of perjury as follows:

1. I am an attorney with McCarter & English, LLP, counsel for Datatern, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion for admission *pro hac vice* as counsel to represent Datatern, Inc. in above captioned consolidated matters.

2. I am a member in good standing of the bars of the states of Massachusetts (admitted on June 16, 2004) and Maine (admitted on May 24, 2006). I am also admitted to practice law in the United States District Court in the District of Massachusetts and the First Circuit Court of Appeals. I am in good standing with all of these courts and there are no disciplinary proceedings pending against me.

3. Pursuant to Local Civil Rule 1.3(c), I have attached the certificates of good standing for the bars of the states of Massachusetts and Maine as Exhibit A hereto.

4. I am experienced in federal practice and familiar with the Federal Rules of Civil Procedure and the rules of this Court.

5. I respectfully submit the motion for admission *pro hac vice* and the proposed order granting my admission *pro hac vice*, which is attached to the motion as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Kara A. Lynch, *pro hac vice*, to represent Datatern, Inc. in the above-captioned matter, be granted.

*[signature]*
Kara A. Lynch

April 25, 2012

# Exhibit A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **June** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

## Kara A. Lynch

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **April** in the year of our Lord **two thousand and twelve.**



*MAURA S. DOYLE, Clerk*

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

| BOARD MEMBERS | **BOARD OF OVERSEERS OF THE BAR** | BOARD STAFF |
|---|---|---|
| | *Established by the Maine Supreme Judicial Court* | |
| David M. Sanders, Esq. Chair | | EXECUTIVE DIRECTOR |
| Gregory T. Caswell, Vice Chair | 97 Winthrop Street | Jacqueline M. Rogers |
| ——— | P O Box 527 | |
| | Augusta, ME 04332-0527 | BAR COUNSEL |
| Charles E. Gilbert III, Esq. | | J. Scott Davis |
| Jud Knox | | |
| Dawn M. Pelletier, Esq. | Phone 207-623-1121 • Fax 207-623-4175 | ASSISTANT BAR COUNSEL |
| Daniel Pileggi, Esq. | Email: Board@mebaroverseers.org • Web: www.mebaroverseers.org | Aria Eee |
| Victoria Powers, Esq. | | |
| Stephen J. Schwartz, Esq. | | |

# CERTIFICATE OF GOOD STANDING

**Kara Ann Lynch, Esq.**

This is to certify that according to the registration records of Maine's Board of Overseers of the Bar, Kara Ann Lynch, of Boston, State of Massachusetts, Bar #009969 was admitted to the Maine Bar on May 24, 2006 and is presently registered and in good standing with the Board of Overseers of the Bar as an active practitioner.

Dated at Augusta, County of Kennebec, State of Maine on Tuesday, April 24, 2012.

_Jacqueline M. Rogers_
Jacqueline M. Rogers, Executive Director



Fee Arbitration Commission • Grievance Commission • Professional Ethics Commission

# Exhibit B

Case 1:11-cv-02365-KBF   Document 84   Filed 04/30/12   Page 8 of 10

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC., <br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DATATERN, INC.,<br><br>　　　　Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH<br>Civil Action No. 11-cv-02648-RJH<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

　　The motion of Kara A. Lynch for admission to practice *pro hac vice* in the above captioned consolidated actions is granted.

　　The applicant has declared that she is a member in good standing of the bar in the states of Massachusetts and Maine, as well as the United States District Court in the District of Massachusetts and the First Circuit Court of Appeals and that her contact information is as follows:

　　　　Kara A. Lynch, Esq.
　　　　McCarter & English, LLP
　　　　265 Franklin Street
　　　　Boston, MA 02110
　　　　617-449-6532
　　　　klynch@mccarter.com

　　The applicant has requested admission *pro hac vice* to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

　　**IT IS HEREBY ORDERED** that Kara A. Lynch is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

ME1 13339040v.1

2

(ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

April ___, 2012

_____
United States District Judge

ME1 13339040v.1