USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 03 2012

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, <br> SAP AG, and SAP AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | **Consolidated Cases:** <br><br> Civil Action No. 11-cv-02365-RJH <br> Civil Action No. 11-cv-02648-RJH <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of William A. Zucker for admission to practice *pro hac vice* in the above captioned action is granted.

The applicant has declared that he is a member in good standing of the bar of the state of Massachusetts as well as the United States District Court in the District of Massachusetts, the United States District Court in the District of Rhode Island, the First Circuit Court of Appeals, the Second Circuit Court of Appeals and the United States Supreme Court and that his contact information is as follows:

> William A. Zucker, Esq.
> McCarter & English, LLP
> 265 Franklin Street
> Boston, MA 02110
> 617-449-6516
> wzucker@mccarter.com

The applicant has requested admission *pro hac vice* to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

**IT IS HEREBY ORDERED** that William A. Zucker is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

~~April~~ May 2, 2012

K. B. Forrest
United States District Judge