

**INTELLECTUAL PROPERTY LAW**
ATLANTA • PHILADELPHIA • SEATTLE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 08 2012

PHILADELPHIA OFFICE
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
215.568.3100
Fax: 215.568.3439

DANIEL J. GOETTLE
215.564.8974
dgoettle@woodcock.com

May 3, 2012

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED MAY 04 2012 KATHERINE B. FORREST U.S. DISTRICT JUDGE S.D.N.Y.

Re: Microsoft Corporation v. DataTern, Inc.
   No. 11 Cv. 2365 (RJH)
   SAP AG and SAP America, Inc. v. DataTern, Inc.
   No. 11 Cv. 2648 (RJH)

Dear Judge Forrest:

We write on behalf of Plaintiffs Microsoft Corporation, SAP AG and SAP America to request that the Court extend the page limit from 25 to 40 pages for opening and opposition claim construction briefs. These briefs are due on May 9, 2012 and June 8, 2012, respectively. Defendant and Counterclaimant DataTern, Inc. does not agree to this request.

Plaintiffs request the additional pages for several reasons. First, this case involves two patents that, while involving similar technologies, are not related to one another and require independent claim construction analysis. Second, the claims of the two patents are directed to interfacing between certain types of software programs and certain types of databases. Claim construction would benefit from a more full understanding of these certain programs and databases and the need for interfacing between them. Third, in light of the order consolidating the cases for pretrial purposes, Microsoft and SAP will be jointly submitting their claim construction briefs. While there is much overlap in the claim terms Microsoft and SAP seek to be construed, each plaintiff also seeks construction of particular terms unique to its case. Additional pages will aid in presenting a complete analysis of the meaning of these terms.



Hon. Katherine B. Forrest
May 3, 2012
Page 2

Accordingly, Plaintiffs respectfully request that the Court extend the page limit from 25 to 40 pages for opening and opposition claim construction briefs.

Respectfully submitted,

Daniel J. Goettle

DJG/rc
cc:   Counsel for DataTern, Inc. (by electronic mail)

Application GRANTED.

SO ORDERED:

5/7/12   _____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE