



# McCARTER & ENGLISH
ATTORNEYS AT LAW

May 4, 2012



VIA HAND DELIVERY

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**William A. Zucker**
Partner
T. 617.449.6516
F. 617.607.9152
wzucker@mccarter.com

Re: **Microsoft Corporation v. DataTern, Inc.**
No. 11-cv-2365-KBF
**SAP AG and SAP America, Inc. v. DataTern, Inc.**
No. 11-cv-2648-KBF

Dear Judge Forrest:

We write on behalf of defendant DataTern, Inc. to request a brief extension of the current briefing schedule for opening claim construction briefs. We would respectfully request that the briefs be filed on Friday, May 11, 20012 instead of Wednesday, May 9, 2012. In this request, Microsoft Corporation and by SAP AG and SAP America, Inc. do not oppose the requested extension.

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110-3113
T. 617.449.6500
F. 617.607.9200
www.mccarter.com

The parties are planning to file with the opening claim construction briefs a Joint Claim Construction and Prehearing Statement and are still working on narrowing the disputed claims before the Court. For that process to occur in an orderly fashion and for the briefs to be written in light of that Joint Claim Construction and Prehearing Statement, this modest extension is respectfully requested. Granting it does not alter the other dates set by the Court.

BOSTON

Respectfully submitted,

HARTFORD

William A. Zucker

Granted.

NEW YORK

WAZ/jrg

SO ORDERED:

NEWARK

cc:   Counsel for Microsoft and
      Counsel for SAP, AG
      Counsel for SAP-America, Inc.

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

PHILADELPHIA

5/8/12

STAMFORD

WILMINGTON

ME1 13387688v.1