UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 18 2012

|  |  |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DATATERN, INC.,<br><br>    Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH<br>Civil Action No. 11-cv-02648-RJH<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Kara A. Lynch for admission to practice *pro hac vice* in the above captioned consolidated actions is granted.

The applicant has declared that she is a member in good standing of the bar in the states of Massachusetts and Maine, as well as the United States District Court in the District of Massachusetts and the First Circuit Court of Appeals and that her contact information is as follows:

> Kara A. Lynch, Esq.
> McCarter & English, LLP
> 265 Franklin Street
> Boston, MA 02110
> 617-449-6532
> klynch@mccarter.com

The applicant has requested admission *pro hac vice* to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

**IT IS HEREBY ORDERED** that Kara A. Lynch is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

ME1 13339040v.1

(ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

~~April~~ May 18, 2012

_____
United States District Judge

ME1 13339040v.1