IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiffs,<br><br>V.<br><br>DATATERN, INC.,<br><br>      Defendant.<br><br>SAP AG AND SAP AMERICA, INC.,<br><br>      Plaintiffs,<br><br>V.<br><br>DATATERN, INC.,<br><br>      Defendant. | Civil Action No. 1:11-cv-02365-RJH<br>Civil Action No. 1:11-cv-02648-KBF<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for Plaintiffs Microsoft Corporation and SAP AG and SAP America, Inc. I certify that I am admitted to practice in this Court.

Dated: May 24, 2012  
New York, New York

By:   /s/ Jeffrey W. Lesovitz_____  
     Jeffrey W. Lesovitz  
     (jlesovitz@woodcock.com)  
     WOODCOCK WASHBURN LLP  
     Cira Centre, 12th Fl, 2929 Arch Street  
     Philadelphia, PA 19104  
     Tel. (215) 568-3100

     *Counsel for Plaintiffs Microsoft*  
     *Corporation, SAP AG and SAP America,*  
     *Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2012, I caused a true and correct copy of the foregoing Notice of Appearance to be served via ECF notification to all counsel of record.

Dated: May 24, 2012                                By:     /s/ Jeffrey W. Lesovitz_____
                                                                   Jeffrey W. Lesovitz