UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

MICROSOFT CORPORATION,　　　　　　　　　　Case No. 11-2365, 11-2648
SAP AG AND SAP AMERICA, INC.,  Plaintiff,

　　　　　-against-

DATATERN, INC.,　　　　　　　Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:　　ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending　　　　　　　　[ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Jeffrey W. Lesovitz, Esquire**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JL1326　　　　My State Bar Number is 4496006

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:　　FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP (NYC)
　　　　　　　FIRM ADDRESS: 1 Chase Manhattan Plaza
　　　　　　　FIRM TELEPHONE NUMBER: (610)-256-7178
　　　　　　　FIRM FAX NUMBER: Fax: (212)-822-5243

NEW FIRM:　　FIRM NAME: Woodcock Washburn LLP
　　　　　　　FIRM ADDRESS: 2929 Arch Street
　　　　　　　FIRM TELEPHONE NUMBER: 215-564-2406
　　　　　　　FIRM FAX NUMBER: (215) 568-3439

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 5/25/2012

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　ATTORNEY'S SIGNATURE