

**WOODCOCK WASHBURN**

INTELLECTUAL PROPERTY LAW

ATLANTA • PHILADELPHIA • SEATTLE

PHILADELPHIA OFFICE
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
215.568.3100
Fax: 215.568.3439

DANIEL J. GOETTLE
215.564.8974
dgoettle@woodcock.com

June 6, 2012



**HAND DELIVERY**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Rm. 745
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 8 2012
```

Re: Microsoft Corporation v. DataTern, Inc.,
 Civil Action No. 1:11-cv-02365-KBF (S.D.N.Y)
 SAP AG and SAP America, Inc. v. DataTern, Inc.
 Civil Action No. 1:11-cv-02648-KBF (S.D.N.Y)

Dear Judge Forrest:

We write on behalf of all parties to jointly request an extension of time to **June 25, 2012** for (1) expert claim construction depositions, currently required to be completed by **June 8, 2012** and (2) responsive claim construction briefs, currently required to be filed on **June 8, 2012**. *See* Dkt. No. 59, Scheduling Order. Despite good faith efforts, the parties were unable to find a mutually-convenient date for expert depositions before June 8, 2012.

This is the parties' first request for such an extension, and the parties agree that this short extension will facilitate timely resolution of the claim construction issues before the Court. Furthermore, the parties respectfully submit that the remainder of the Scheduling Order will remain unaffected by this requested extension.

GRANTED.
SO ORDERED: 6/8/12

*/s/ K. B. Forrest*
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Daniel J. Goettle*
Daniel J. Goettle
Counsel for Microsoft Corporation, SAP AG, and SAP America, Inc.

DJG/jwl

*Reply due 7/10*
*Markman hearing 7/20.*

WOODCOCK WASHBURN LLP  *A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS*   www.woodcock.com

Honorable Katherine B. Forrest
June 6, 2012
Page 2


cc:     Lee C. Bromberg, Esq. (counsel for DataTern, Inc.)
         William A. Zucker, Esq. (counsel for DataTern, Inc.)