



# McCARTER & ENGLISH
ATTORNEYS AT LAW

June 21, 2012

HAND DELIVERY

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Microsoft Corporation v. DataTern, Inc.**
No. 11-cv-2365-KBF
**SAP AG and SAP America, Inc. v. DataTern, Inc.**
No. 11-cv-2648-KBF

Lee Carl Bromberg
Partner
T. 617.449.6538
F. 617.443.6161
lbromberg@mccarter.com

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110-3113
T. 617.449.6500
F. 617.607.9200
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Dear Judge Forrest:

We are writing on behalf of the parties to request a minor extension of the Markman schedule in this matter. Specifically, DataTern, Inc. ("DataTern") requests leave, with Plaintiffs' assent, for the parties to file their responsive claim construction briefs on July 2, 2012. The parties will then file reply claim construction briefs on July 16, 2012. In exchange, Plaintiffs request, with DataTern's assent, that the Markman hearing be scheduled for July 30th or 31st, with the Court choosing between these dates at its convenience.

The modification is necessary because DataTern's lead counsel sustained serious injuries over the weekend as a result of an accident and is still recovering. Rescheduling the Markman hearing also would resolve an existing scheduling conflict for lead counsel for SAP. The parties agree that these extensions will not delay the ongoing prosecution of the consolidated matters.

Respectfully Submitted,

*Lee Carl Bromberg* (kal)

LCB/kal

cc: Counsel for Microsoft Corporation and for SAP AG
    and SAP America, Inc. (via electronic mail);
    William A. Zucker, Esq.

6/22/12

ME1 13682945v.1

*Extension granted. The Court will issue a separate order regarding the date for the Markman.*

SO ORDERED:

*K. B. F.*

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE