# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>       Plaintiff,<br>v.<br><br>DATATERN, INC.,<br><br>       Defendant<br><br>SAP AG AND SAP AMERICA, INC.,<br><br>       Plaintiffs,<br>v.<br><br>DATATERN, INC.,<br><br>       Defendant. | Civil Action No. 11-cv-2365-KBF<br>Civil Action No. 11-cv-2648-KBF<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for Plaintiff Microsoft Corporation. I certify that I am admitted to practice in this Court.

Dated: July 2, 2012
New York, New York

                           By: /s/ Matthew I. Menchel
                                  Matthew I. Menchel
                                  (matthew.menchel@kobrekim.com)

                                  KOBRE & KIM LLP

                                  800 Third Avenue
                                  New York, New York 10022
                                  Tel: +1 212 488 1200
                                  Fax: +1 212 488 1220

                                  *Attorney for Microsoft Corporation*