UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>DATATERN, INC.,<br><br>    Defendant | Civil Action No. 11-cv-2365-KBF<br>Civil Action No. 11-cv-2648-KBF<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |
| SAP AG AND SAP AMERICA, INC.,<br><br>    Plaintiffs,<br>v.<br><br>DATATERN, INC.,<br><br>    Defendant. | |

**PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for Plaintiff Microsoft Corporation.  I certify that I am admitted to practice in this Court.

Dated:  July 2, 2012
New York, New York

By:  /s/ Phil Huynh
Phil Huynh
(phil.huynh@kobrekim.com)

KOBRE & KIM LLP

800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220

*Attorney for Microsoft Corporation*