```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
MICROSOFT CORPORATION,                :
                                      :
                          Plaintiff,  :
                                      :   11 Civ. 2365 (KBF)
            -v-                       :   11 Civ. 2648 (KBF)
                                      :
DATATERN, INC.,                       :        ORDER
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
                                      :
SAP AG AND SAP AMERICA, INC.,         :
                                      :
                          Plaintiff,  :
                                      :
            -v-                       :
                                      :
DATATERN, INC.                        :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 11 2012

KATHERINE B. FORREST, District Judge:

Having received the parties' correspondence regarding the schedule in this consolidated matter, it is hereby

ORDERED:

1. The deadline for the close of fact discovery (limited to depositions; there shall be no new written discovery beyond **July 18, 2012**) shall be extended to **August 17, 2012**.

2. Deposition notices shall be served not later than **July 18, 2012**.

3. The parties are directed to bring any document discovery disputes to the Court's attention immediately.

4. If a late production and/or large volume of documents produced during discovery require depositions to be re-opened, the Court will entertain such applications.

5. All depositions shall occur in the New York City area, if plaintiffs so choose.

6. The deadline for the close of expert discovery shall be extended to **September 28, 2012**.

7. The parties shall exchange opening expert reports not later than **August 24, 2012**; the parties shall exchange responsive expert reports not later than **September 14, 2012**.

8. The deadline for submission of a motion for summary judgment shall be extended to **October 5, 2012**; opposition briefs shall be submitted not later than **October 29, 2012**; and reply briefs, if any, shall be submitted not later than **November 6, 2012**.

9. A joint pretrial order shall be submitted not later than **December 1, 2012**.

10. The date for trial remains **December 10, 2012**.

SO ORDERED:

Dated:   New York, New York
         July 11, 2012

                                    _____
                                         KATHERINE B. FORREST
                                       United States District Judge