# EXHIBIT UU

Primary Key

## Employee Table

| First Name | Last Name | Department  | Floor |
|------------|-----------|-------------|-------|
| John       | Andres    | Engineering | 1     |
| Sara       | McSally   | Engineering | 1     |
| James      | Adams     | English     |       |
| Charles    | Wallace   | Business    | 3     |

EXHIBIT 8