```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
MICROSOFT CORPORATION,               :
                                     :
                         Plaintiff,  :
                                     :    11 Civ. 2365 (KBF)
              -v-                    :    11 Civ. 2648 (KBF)
                                     :
DATATERN, INC.,                      :       ORDER
                                     :
                         Defendant.  :
                                     :
------------------------------------ X
                                     :
SAP AG AND SAP AMERICA, INC.,        :
                                     :
                         Plaintiff,  :
                                     :
              -v-                    :
                                     :
DATATERN, INC.                       :
                                     :
                         Defendant.  :
                                     :
------------------------------------ X
```

KATHERINE B. FORREST, District Judge:

The Markman Hearing in this matter will be held on July 30, 2012, at 9:00 a.m.

SO ORDERED:

Dated:   New York, New York
         July 19, 2012

                                  _____
                                       KATHERINE B. FORREST
                                    United States District Judge