UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 1:11-cv-02365-KBF |
| v. ) | CIVIL ACTION NO. 1:11-cv-02648-KBF |
| ) | |
| DATATERN, INC., ) | ECF Case |
| ) | |
| Defendant. ) | **NOTICE OF APPEARANCE** |
| ) | |
| SAP AG and SAP AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DATATERN, INC., ) | |
| ) | |
| Defendant. ) | |

**PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel in this case for Defendant DATATERN, INC. I certify that I am admitted to practice in this Court.

Dated: July 25, 2012

McCARTER & ENGLISH, LLP

/s/Minji Kim
Minji Kim
McCarter & English, LLP
245 Park Avenue
New York, New York  10167
(212) 609-6800
mikim@mccarter.com

*Attorneys for Defendant
DataTern, Inc.*

ME1 13850917v.1