UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 27 2012
```

MICROSOFT CORPORATION,
SAP AG, and SAP AMERICA, INC.,

    Plaintiffs,

v.

DATATERN, INC.,

    Defendant.

**Consolidated Cases:**

Civil Action No. 11-cv-02365-RJH
Civil Action No. 11-cv-02648-RJH

**ORDER FOR ADMISSION**
***PRO HAC VICE***

    The motion of Keith Toms for admission to practice *pro hac vice* in the above captioned consolidated actions is granted.

    The applicant has declared that he is a member in good standing of the bar in the bar in the Commonwealth of Massachusetts, as well as the United States District Court in the District of Massachusetts, United States District Court in the Northern District of Illinois, The United States District Court for the Eastern District of Texas, the First Circuit Court of Appeals, and the Federal Circuit Court of Appeals and that his contact information is as follows:

    Keith Toms, Esq.
    McCarter & English, LLP
    265 Franklin Street
    Boston, MA 02110
    617-449-6591
    ktoms@mccarter.com

    The applicant has requested admission *pro hac vice* to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

    **IT IS HEREBY ORDERED** that Keith Toms is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

ME1 13337871v.1

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

July 27, 2012

_____
United States District Judge