# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICROSOFT CORPORATION, | ) |
| SAP AG, and SAP AMERICA, INC., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DATATERN, INC., | ) |
|  | ) |
| Defendant. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED JUL 27 2012

**Consolidated Cases:**

Civil Action No. 11-cv-02365-RJH
Civil Action No. 11-cv-02648-RJH
[PROPOSED]
**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Kia L. Freeman for admission to practice *pro hac vice* in the above captioned consolidated actions is granted.

The applicant has declared that she is a member in good standing of the bar in the states of Massachusetts and the District of Columbia, as well as the United States District Court in the District of Massachusetts and the United States Federal Circuit Court of Appeals, and that her contact information is as follows:

> Kia L. Freeman, Esq.
> McCarter & English, LLP
> 265 Franklin Street
> Boston, MA 02110
> 617-449-6549
> kfreeman@mccarter.com

The applicant has requested admission *pro hac vice* to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

**IT IS HEREBY ORDERED** that Kia L. Freeman is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

ME1 13811664v.1

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

July __, 2012

_____
United States District Judge

ME1 13811664v.1