UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 01 2012

MICROSOFT CORPORATION,
SAP AG, and SAP AMERICA, INC.,

   Plaintiffs,

   v.

DATATERN, INC.,

   Defendant.

**Consolidated Cases:**

Civil Action No. 11-cv-02365-RJH
Civil Action No. 11-cv-02648-RJH

**ORDER FOR ADMISSION**
*PRO HAC VICE*

  The motion of Scott J. Nathan for admission to practice *pro hac vice* in the above captioned consolidated actions is granted.

  The applicant has declared that he is a member in good standing of the bar in the Commonwealth of Massachusetts, as well as the United States District Court in the District of Massachusetts, the First Circuit Court of Appeals, and the United States Supreme Court and that his contact information is as follows:

  Scott J. Nathan, Esq.
  200 Homer Avenue
  Ashland, MA 01721
  508-881-0060
  sjnathan@mindspring.com

  The applicant has requested admission *pro hac vice* to appear for all purposes for DataTern, Inc. in the above entitled consolidated matters;

  **IT IS HEREBY ORDERED** that Scott J. Nathan is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

July 30, 2012

_____
United States District Judge

ME1 13337871v.1