UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 01 2012

MICROSOFT CORPORATION, )
SAP AG, and SAP AMERICA, INC., )
)
      Plaintiffs, )
)
v. )
)
DATATERN, INC., )
)
      Defendant. )

**Consolidated Cases:**

Civil Action No. 11-cv-02365-RJH
Civil Action No. 11-cv-02648-RJH

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of David Himelfarb for admission to practice *pro hac vice* in the above captioned consolidated actions is granted.

The applicant has declared that he is a member in good standing of the bars of Massachusetts, New Hampshire, and California, in the United States District Courts for the Central District of California, the Northern District of California, the Southern District of California, the District of Massachusetts, and the District of New Hampshire, and in the United States Courts of Appeals for the First Circuit, Second Circuit Court, and D.C. Circuit, and that his contact information is as follows:

> David Himelfarb, Esq.
> McCarter & English, LLP
> 265 Franklin Street
> Boston, MA 02110
> 617-449-6555
> dhimelfarb@mccarter.com

The applicant has requested admission *pro hac vice* to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

**IT IS HEREBY ORDERED** that David Himelfarb is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

July **30**, 2012                           _____
                                             United States District Judge