# Microsoft Corporation, SAP AG, and SAP America, Inc.

## v.

## DataTern, Inc.

### Markman Hearing

### July 30, 2012