# *DataTern's Claim Construction Slides from July 30, 2012 Markman Hearing*