Case 1:11-cv-02365-KBF   Document 83   Filed 04/30/12   Page 11 of 12

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/12

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>DATATERN, INC.,<br><br>    Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH<br>Civil Action No. 11-cv-02648-RJH<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Daniel J. Kelly for admission to practice *pro hac vice* in the above captioned consolidated actions is granted.

The applicant has declared that he is a member in good standing of the bar in the states of Massachusetts, Virginia, Maryland and the District of Columbia, as well as the United States District Court in the District of Massachusetts, United States District Court in the District of Columbia, the United States Court of Federal Claims, the First Circuit Court of Appeals, the Second Circuit Court of Appeals and the Federal Circuit Court of Appeals and that his contact information is as follows:

    Daniel J. Kelly, Esq.
    McCarter & English, LLP
    265 Franklin Street
    Boston, MA 02110
    617-449-6526
    dkelly@mccarter.com

The applicant has requested admission *pro hac vice* to appear for all purposes for Datatern, Inc. in the above entitled consolidated matters;

**IT IS HEREBY ORDERED** that Daniel J. Kelly is admitted to practice *pro hac vice* in the above captioned case in the United States Court for the Southern District of New York. All

ME1 13337871v.1

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD.</u>

August 22, 2012

*Katherine B. Forrest*
United States District Judge