# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DATATERN, INC.,<br><br>    Defendant.<br><br>SAP AG and SAP AMERICA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DATATERN, INC., | CIVIL ACTION NO. 1:11-cv-02365-KBF<br>CIVIL ACTION NO. 1:11-cv-02648-KBF<br><br>**DEFENDANT DATATERN, INC.'S NOTICE OF MOTION TO FILE THE EXPERT REPORT OF NEERAJ GUPTA IN SUPPORT OF THE REQUEST FOR ENTRY OF DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' INVALIDITY CLAIMS UNDER SEAL** |

    PLEASE TAKE NOTICE that upon the supporting Memorandum of Law filed herewith, defendant DataTern, Inc. ("DataTern") by and through its attorneys, McCarter & English, LLP, will request this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and time specified by the Court, Court enter an order allowing DataTern to file the Expert Report of Neeraj Gupta in support of DataTern's Request for Declaratory Judgment of Non-Infringement in favor of Plaintiffs Microsoft Corp. ("Microsoft"), and SAP AG and SAP America, Inc. ("SAP") (collectively "Plaintiffs"), and for the dismissal without prejudice of Counts I and II of Plaintiffs' Complaints, under seal.

ME1 14084968v.1

PLEASE TAKE NOTICE that opposition papers, if any, must be served in accordance with Local Rule 6.1(b).

| | |
|---|---|
| September 7, 2012 | McCARTER & ENGLISH, LLP |
| | |
| | /s/ Lee Carl Bromberg_____ |
| | Lee Carl Bromberg, Esq. |
| | Erik Paul Belt, Esq. |
| | William A. Zucker, Esq. |
| | McCarter & English, LLP |
| | 265 Franklin Street |
| | Boston, MA  02110 |
| | (617) 449-6500 |
| | lbromberg@mccarter.com |
| | Erik Paul Belt, Esq. |
| | William A. Zucker, Esq. |
| | |
| | and |
| | |
| | 245 Park Avenue |
| | New York, New York  10167 |
| | (212) 609-6800 |
| | |
| | *Attorneys for Defendant* |
| | *DataTern, Inc.* |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the above Notice of Request to File the Expert Report of Neeraj Gupta Under Seal was served on this 7th day of September, 2012 upon counsel of record for Microsoft Corp., SAP AG and SAP America, Inc. via *ECF*.

/s/ Lee Carl Bromberg_____
Lee Carl Bromberg

2