**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICROSOFT CORPORATION, SAP AG, and SAP AMERICA, INC.,<br><br>   Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>DATATERN, INC.,<br><br>   Defendant and Counterclaim Plaintiff. | **NOTICE OF MICROSOFT CORPORATION'S UNOPPOSED MOTION TO FILE UNDER SEAL**<br><br>**Consolidated Cases:**<br>Civil Action No. 1:11-cv-02365-KBF<br>Civil Action No. 1:11-cv-02648-KBF<br><br><br>ECF Case |

PLEASE TAKE NOTICE THAT, upon Microsoft Corporation's Memorandum of Law in Support of Unopposed Motion to File Under Seal, dated October 26, 2012, and pursuant to the Court's ECF Rules and the Sealed Records Filing Instructions, Plaintiff Microsoft Corporation ("Microsoft") hereby moves this Court, before the Honorable Katherine B. Forrest, United States District Court Judge for the Southern District of New York, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, for an order allowing Microsoft to file under seal Microsoft Corporation's Memorandum of Law in Support of Motion for Summary Judgment.

Dated: October 26, 2012
       New York, New York

Steven Rocci
(rocci@woodcock.com)
Dale M. Heist
(heist@woodcock.com)
Aleksander J. Goranin
(agoranin@woodcock.com)
Daniel J. Goettle
(dgoettle@woodcock.com)

Respectfully submitted,

/s/  Matthew I. Menchel_____

Matthew I. Menchel
(matthew.menchel@kobrekim.com)
Danielle L. Rose
(danielle.rose@kobrekim.com)
Michael S. Kim
(michael.kim@kobrekim.com)

KOBRE & KIM LLP

WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel:  +1 215 568 3100
Fax: +1 215 568 3439

*Attorneys for Plaintiff Microsoft Corp.*

800 Third Avenue
New York, NY 10022
Tel:  +1 212 488 1200
Fax:  +1 212 488 1220

*Attorneys for Plaintiff Microsoft Corp.*