# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, SAP AG, and SAP AMERICA, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant and Counterclaim Plaintiff. | **Consolidated Cases:** <br> Civil Action No. 1:11-cv-02365-KBF <br> Civil Action No. 1:11-cv-02648-KBF <br><br> ECF Case |

## [PROPOSED] ORDER TO FILE UNDER SEAL

The Court, having considered Microsoft Corporation's ("Microsoft") Unopposed Motion to File Under Seal, and having found good cause therefore,

IT HEREBY IS ORDERED this ___ day of October, 2012, that

(1)   The Motion is GRANTED.

(2)   Microsoft is hereby permitted to file its Memorandum of Law in Support of Motion for Summary Judgment under seal.

_____
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York