IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>    Defendant. | Civil Action No. 1:11-cv-02365-KBF<br><br>ECF CASE |

**MICROSOFT CORPORATION'S STATEMENT OF MATERIAL FACTS AS TO WHICH IT CONTENDS THERE IS NO GENUINE ISSUE TO BE TRIED**

**Contains Confidential Information
Subject to Protective**

**FILED UNDER SEAL**