UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>       Plaintiffs,<br><br>       v.<br><br>DATATERN, INC.,<br><br>       Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH<br>Civil Action No. 11-cv-02648-RJH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I hereby enter an appearance as counsel in this case for defendant Datatern, Inc. I certify that I am admitted to practice in this Court

 

November 27, 2012

/s/ M. Carolina Avellaneda
M. Carolina Avellaneda (MA1218)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6555
cavellaneda@mccarter.com

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the above Motion was served on this 27th day of November, 2012, upon counsel of record for Microsoft Corp., SAP AG and SAP America, Inc. via electronic transmission through the Court's ECF system.

/s/ M. Carolina Avellaneda
M. Carolina Avellaneda

ME1 13942030v.1