UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICROSOFT CORPORATION,

       Plaintiff and Counterclaim Defendant,

-v-

DATATERN, INC.,

       Defendant and Counterclaim Plaintiff.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2012
```

11 Civ. 2365 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that defendant's motion to amend/correct its declaration (Docket Nos. 173, 174) is GRANTED.

The Clerk of Court is directed to terminate the motion at Docket No. 177.

SO ORDERED:

Dated:    New York, New York
           December 12, 2012

                                       _____
                                       KATHERINE B. FORREST
                                       United States District Judge