IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counterclaim<br>    Defendant,<br>v.<br><br>DATATERN, INC.,<br><br>    Defendant and Counterclaim<br>    Plaintiff. | Civil Action No. 1:11-cv-02365-KBF<br><br>(Case pending in the U.S. District Court for the Southern District of New York) |

**MICROSOFT CORPORATION'S RESPONSES TO
DATATERN'S RULE 56.1 COUNTERSTATEMENT OF FACTS**

**Contains Confidential Information
Subject to Protective Order**

**FILED UNDER SEAL**