```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 7, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICROSOFT CORPORATION,                         :
                                               :
                         Plaintiff,            :
                                               :         11 Civ. 2365 (KBF)
            -v-                                :
                                               :              ORDER
DATATERN, INC.,                                :
                                               :
                         Defendant.            :
------------------------------------------------------------------ X
SAP AG and SAP AMERICA, INC.,                  :
                                               :
                         Plaintiffs,           :
                                               :
                                               :
            -v-                                :
                                               :         11 Civ. 2648 (KBF)
DATATERN, INC.                                 :
                                               :              ORDER
                         Defendant.            :
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court has received a mandate from the Federal Circuit regarding the appeal in these actions. (11-cv-2365 ECF No. 195, 11-cv-2648 ECF No. 244.) In accordance with the Court's May 15, 2014 order (11-cv-2365 ECF No. 194, 11-cv-2648 ECF No. 243), the parties shall submit to the Court a joint letter setting forth their views regarding how to proceed with the remaining claims as well as proposed

orders reflecting the directions of the Federal Circuit and by **August 15, 2014**.

    SO ORDERED.

Dated:      New York, New York
                August 7, 2014

                                            KATHERINE B. FORREST
                                            United States District Judge